791 A.2d 196

IN THE MATTER OF WILLIAM E. AGRAIT,
AN ATTORNEY AT LAW.

March 7, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–397, concluding that **WILLIAM E. AGRAIT** of **NEWARK,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.5(b) (failure to communicate basis of fee in writing), and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM E. AGRAIT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.